Jennie Levi et al., Appellees, v. Charles H. Stern et al., Defendants. Appeal of Charles H. Stern et al., Appellants.

Gen. Nos. 42,578, 42,871.

opinion filed October 11, 1944; released for publication October 27, 1944. Gustav E. Beerly, for appellants; Gustav E. Beerly, Jr., of counsel; Alden, Latham & Lutkin, for certain appellee; Joseph E. Winterbotham and David T. Alexander, for certain other appellee; Wm. Tracy Alden and Sidney F. Moody, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.